UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIO MONTIEL, | CASE NO. CV 07-4220 DOC (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| M.S. EVANS, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 24, 2011

*/s/ David O. Carter*

DAVID O. CARTER
United States District Judge